FILED
2017 Mar-06  AM 10:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **SILVIO HIDALGO**, | ) |
| Petitioner, | ) |
| v. | ) Civil Action Number: |
| | ) **4:15-cv-1657-AKK-JEO** |
| **SCOTT HASSELL, Chief Deputy of Detention, Etowah County Detention Center,** *et al.*, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot. Doc. 36. In the motion, Respondents note Petitioner was removed from the United States on February 7, 2017. *Id.* at 2; *see* doc. 36-1 at 2–3. Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss is due to be granted, and the petition is due to be dismissed.

A separate order will be entered.

**DONE** the 6th day of March, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE